PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5891
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, California  94105
   Telephone: (510) 970-4827
   Email: sharon.lahey@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ERIC E. MARTINEZ, | Case No.: 2:22-cv-00697-JDP |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |
| vs. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

1  With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record be extended thirty (30) days from July 25, 2022, up to and including August 24, 2022.  This is the parties' first request for an extension.  Defendant respectfully requests that the Court find good cause because the record is not yet prepared and available for filing.  Defendant apologizes for the timing of this filing, an extension request was prepared and approved for filing prior to the deadline, but undersigned defense counsel inadvertently failed to file the stipulation and proposed order prior to going on leave.

Respectfully submitted,

LAW OFFICE OF PETER BRIXIE

Dated:  August 1, 2022            /s/  *Peter Brixie\**
                                  Peter Brixie
                                  Attorney for Plaintiff
                                  (*signature authorized via e-mail July 22 2022)

Dated: August 1, 2022             PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:     /s/  *Sharon Lahey*
                                  SHARON LAHEY
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to August 24, 2022, to file the Certified Administrative Record.

IT IS SO ORDERED.

Dated:   August 1, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE